NS/md

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-20450-CR-SCOLA

UNITED STATES OF AMERICA,

vs.

**ALEX NAIN SAAB MORAN, and**
**AVARO PULIDO VARGAS,**

        **Defendants.**

_____/

### NOTICE OF APPEARANCE

The United States of America hereby gives notice that Assistant United States Attorney

Nalina Sombuntham has been assigned responsibility of matters related to criminal forfeiture in

the above-captioned case.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:    s/ Nalina Sombuntham
        Nalina Sombuntham
        Assistant United States Attorney
        Fla. Bar No. 96139
        99 N.E. 4th Street, 7th Floor
        Miami, Florida   33132-2111
        Telephone:   (305) 961-9224
        Facsimile:    (305) 536-7599
        nalina.sombuntham2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that, on August 7, 2019, I electronically filed the foregoing

Notice of Appearance with the Clerk of the Court using CM/ECF.

                        s/ Nalina Sombuntham<u>         </u>
Nalina Sombuntham
Assistant United States Attorney