United States District Court<br>
for the<br>
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Alex Nain Saab Moran, and<br>Alvaro Pulido Vargas,<br>Defendants. | )<br>)<br>)<br>)<br>)  Criminal Case No. 19-20450-CR-Scola<br>)<br>)<br>)<br>) |

### Order Transferring Case to Fugitive Status

This matter is before the Court *sua sponte.* On July 25, 2019, an indictment was randomly assigned to the undersigned. Since the defendants have not made an initial appearance, they are transferred to fugitive status.

**Done and Ordered** at Miami, Florida on August 26, 2019.

                                                    _____
                                                    Robert N. Scola, Jr.
                                                    United States District Judge

cc: counsel of record