AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cr-20450 |
| Alex Nain Saab Moran and Alvaro Pulido Vargas | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/17/2020

/s/ Alexander J. Kramer
*Attorney's signature*

Alexander J. Kramer, Court ID # A5502240
*Printed name and bar number*
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
*Address*

alexander.kramer@usdoj.gov
*E-mail address*

(202) 768-1919
*Telephone number*

*FAX number*