# ERROR IN DOCKETING