# EXHIBIT B



16th June 2020

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Lucia Petrulli**
Project Manager

Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

[emblem]
*The People's Minister for Foreign Affairs of the Bolivarian Republic of Venezuela*

DM [Minister's Dispatch] N° 000319

Caracas, 01 April 2020

Mr.
**Alex Saab Morán**
City.-

Dear Sir,

It is with cordial greetings that I address to you, in your capacity as Special Envoy, documents containing a request for humanitarian resources of which our country has great need during this period of the COVID-19 pandemic.

In addition to the usual documents requesting food and medicine, we are also recommending negotiations with similar organizations in the Islamic Republic of Iran. We have had encouraging discussions in this regard with the authorities of that country.

Thanking you in advance for your valuable support and help with this request. Accept, Sir, my highest consideration.

Yours faithfully

[signature]

Jorge Arreaza

Minister

[oval stamp:]
BOLIVARIAN REPUBLIC OF VENEZUELA
[emblem]
MINISTER'S DISPATCH
The People's Minister for Foreign Affairs





*El Ministro del Poder Popular para
Relaciones Exteriores
de la República Bolivariana de Venezuela*

DM N° 000319

Caracas, 01 de abril de 2020

Ciudadano
**Alex Saab Morán**
Ciudad.-

Estimado Señor:

    Con un cordial saludo, me dirijo a Usted en la oportunidad de solicitar, en su carácter de Enviado Especial, gestiones orientadas a garantizar la procura humanitaria de insumos de gran necesidad para nuestro país en el contexto de la pandemia por el COVID-19.

    Adicionalmente a las habituales gestiones para la procura de alimentos y medicinas, en esta oportunidad se le encomienda la negociación con las organizaciones correspondientes de la República Islámica de Irán, con cuyas autoridades se han sostenido esperanzadoras conversaciones en este sentido.

    Al agradecer de antemano su valioso apoyo y solidaridad en relación con esta solicitud, me valgo de la ocasión para reiterarle las seguridades de mi consideración más distinguida.

Atentamente,



Jorge Arreaza

Ministro