IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, and<br>ALVARO PULIDO VARGAS, a/k/a<br>"German Enrique Rubio Salas,"<br><br>Defendants. | Case No. 19-20450-CR-Scola |

### [PROPOSED] ORDER GRANTING MOTION TO VACATE ORDER CONFERRING FUGITIVE STATUS AND FOR LEAVE FOR SPECIAL APPEARANCE TO CHALLENGE INDICTMENT

This cause has come before the Court on the Motion to Vacate Order Conferring Fugitive Status and for Leave for Special Appearance to Challenge Indictment. This Court having considered the Motion and all related briefing, and having considered the relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. The Court's order of August 26, 2019, ECF No. 5, is VACATED insofar as it confers fugitive status on the Defendant ALEX NAIN SAAB MORAN. Defendant Saab is hereby granted leave to enter a special appearance to challenge the Indictment, ECF No 1, on the grounds represented in the Motion and in the accompanying proposed Motion To Dismiss the Indictment, and the Motion to Dismiss the Indictment is hereby GRANTED for filing. Defendants Saab shall separately file his Motion to Dismiss in accordance with the default local rules.

DONE AND ORDERED in Chambers at Miami, Florida, on _____.

                                                                  Robert N. Scola, Jr.
                                                                  United States District Judge

Copies furnished to: All Counsel of Record