IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, and<br>ALVARO PULIDO VARGAS, a/k/a<br>"German Enrique Rubio Salas,"<br><br>    Defendants. | Case No. 19-20450-CR-Scola |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kendall Wangsgard of the law firm of Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100, Washington, D.C., 20036, for purposes of a special appearance as counsel on behalf of Alex Nain Saab Moran in the above-styled case to pursue the pre-arraignment motion to dismiss the indictment, and, pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kendall Wangsgard to receive electronic filings in this case, and in support thereof states as follows:

1.  Kendall Wangsgard is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York, Massachusetts, and District of Columbia bars.

2.  Movant, Lindy K. Keown of the law firm of Baker & Hostetler LLP, 200 S. Orange Ave., Ste. 2300, Orlando, Florida, 32801-3432, (407) 649-4000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Kendall Wangsgard has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kendall Wangsgard, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kendall Wangsgard at kwangsgard@bakerlaw.com.

WHEREFORE, Lindy K. Keown, moves this Court to enter an Order allowing Kendall Wangsgard to specially appear before this Court on behalf of Alex Nain Saab Moran for purposes of a special appearance pre-arraignment relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kendall Wangsgard.

Date: January 22, 2021

*s/Lindy K. Keown*
Lindy K. Keown
Baker & Hostetler LLP
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
lkeown@bakerlaw.com
(T) (407) 649-4000
(F) (407) 841-0168

*Counsel for Alex Nain Saab Moran*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Lindy K. Keown*
Lindy K. Keown
