IN THE UNITED STATES DISTRICT COURT
FOR THE  SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, and<br>ALVARO PULIDO VARGAS, a/k/a<br>"German Enrique Rubio Salas,"<br><br>Defendants. | Case No. 19-20450-CR-Scola |

## <u>CERTIFICATION OF RICHARD RAILE</u>

Richard Raile, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Virginia and District of Columbia bars; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.


*s/ Richard Raile*
Richard Raile