# EXHIBIT 1

# DE LA ESPRIELLA
## Lawyers | Enterprise®
Consultorías y Servicios Legales Especializados

## COMUNICADO A LA OPINIÓN PÚBLICA

Como representantes legales del Señor **ALEX SAAB MORÁN**, nos permitimos informar:

1. La Firma **DE LA ESPRIELLA Lawyers Enterprise Consultorías y Servicios Legales Especializados** atiende personas naturales y jurídicas, sin distingo ideológico alguno. Las valoraciones previas a la aceptación de un caso son puramente técnicas, y, por ello, en las mismas, no tienen cabida razonamientos subjetivos de orden político.

2. Son de amplio conocimiento nacional e internacional las posiciones ideológicas de nuestro Director General, las cuales no sirven de derrotero para el ejercicio profesional de los abogados que integran el equipo humano de **DE LA ESPRIELLA Lawyers Enterprise Consultorías y Servicios Legales Especializados**.

3. Desde hace seis años, el Señor **ALEX SAAB MORÁN** es cliente de la Firma. Actualmente, apoderamos al Señor **SAAB** en una investigación que se adelanta en su contra en Colombia, por unas supuestas exportaciones ficticias de textiles, proceso en el que seguiremos actuando.

4. El derecho es una profesión liberal en la que existe un claro límite entre el cliente y el abogado. Ante los estrados, los juristas defienden causas; no ideologías políticas.

5. La OFAC (Oficina de Control de Activos Extranjeros- del Departamento del Tesoro de los Estados Unidos) ha emitido una sanción contra el Señor **SAAB MORÁN**, por hechos que no tienen relación con la investigación que tiene lugar en nuestro país.

6. En nuestra calidad de abogados en Colombia del Señor **ALEX SAAB MORÁN**, reivindicamos sus derechos universales a la presunción de inocencia y al debido proceso, los cuales le asisten a él y a todos los seres humanos.

Agradecemos la divulgación de esta información.

Cordialmente,

**DANIEL PEÑARREDONDA**
**SUBDIRECTOR**

Mayor información y prensa:

Dalia Cely
Jefe de contenidos digitales y prensa
Móvil: 3212145484

Barranquilla Cra. 56 N° 74 - 179 • El Prado. PBX: (+57) 5 360 56 66
Bogotá Cra. 13 N° 82 - 91 Pisos 3, 4, 5 y 6 • Lawyers Center - Zona T. PBX: (+57) 1 636 36 79
Medellín Cra. 48 a N° 16 sur - 86 oficina 902 • Plex Corporativo - La Aguacatala. PBX: (+57) 4 590 46 36
Miami 3089 SW 21 Street - FL 33145 • Coral Gables. PBX: (+1) 786 866 91 55

www.lawyersenterprise.com

## DE LA ESPRIELLA
Lawyers | Enterprise©
Specialized Legal and Consulting Services

PUBLIC STATEMENT

As legal representatives of Mr. **ALEX SAAB MORÁN**, we would like to inform you of the following:

1.The law firm **DE LA ESPRIELLA Lawyers Enterprise Specialized Legal and Consulting Services** provides services to individuals and legal entities, without making any distinction among them based on ideology whatsoever. The assessment of cases prior to acceptance is based on merely technical criteria and therefore subjective reasonings regarding politics play no part in same.

2. Our Executive Managing Partner's ideological positions, which are widely known nationally and internationally, do not set the course for the manner in which the attorneys who make up the DE **LA ESPRIELLA Lawyers Enterprise Specialized Legal and Consulting Services team** practice their profession.

3.Mr. **ALEX SAAB MORÁN** has been a client of the firm for the last six years. We are currently providing support to Mr. **SAAB** in an ongoing investigation against him in Colombia due to some alleged fictitious exportations of textiles. We will continue to represent him in that case.

4.The practice of law is a profession practiced liberally, in which there exists a clear delimitation between the roles of client and attorney. Attorneys defend cases in courts of law. not political ideologies.

5. The Office of Foreign Assets Control of the United States Treasury Department (OFAC) has issued a sanction against Mr. **SAAB MORÁN** due to events that are unrelated to the investigation taking place in our country.

6. Acting in our capacity as attorneys for Mr. **ALEX SAAB MORÁN** in Colombia, we demand that the universal rights of presumption of innocence and due process, rights afforded to him and to all, be respected.

We highly appreciate your assistance in circulating this information.

Cordially,
[Illegible signature]
DANIEL PEÑARREDONDA
ASSISTANT MANAGING PARTNER

For further information and press:
Dalia Cely
Chief Digital and Press Content Officer
Mobile: 3212145484

Barranquilla Cra. 56 No. 75-179 ●El Prado PBX (+57) 5 360 56 66
Bogotá Cra. 13 No. 82-91 Pisos 3,4,5 y 6 ● Lawyers Center- Zona T. PBX (+57) 1 636 36 79
Medellín Cra. 48 a No. 16 sur-B6 oficia 902 ● Plex Corporativo- La Aguacatala PBX: (+57) 4 590 46 36
Miami 3069 SW 21 Street-FL 33145● Coral Gables PBX (+1) 786 866 91 55
www.lawyersenterprise.com